UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>                         Plaintiff,<br><br>v.<br><br>VICLYN PROPERTES, LLC, et al.,<br><br>                        Defendants. | Case No.: 20-CV-1466 W (JLB)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 17]** |

    Parties have filed a joint motion to dismiss with prejudice.  [Doc. 17.]  Good cause appearing, the Court **GRANTS** the joint motion.  This action is dismissed **WITH PREJUDICE**.  Per the terms of the joint motion, each party is to bear its own fees and costs.

    **IT IS SO ORDERED.**

Dated:  January 8, 2021

_____
Hon. Thomas J. Whelan
United States District Judge